```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

# 00000512 -
October 24, 2005

Code   Desc #    Qty       Amount

                                 2.95
```

00-1511

```
TOTAL—                           2.95
```

New bal 67.37

```
From: SU GREGOR
     15 Prospect Drive
     Washington PA 15301
     United States of America
```