```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
         PITTSBURGH Division

      # 06001245 - KM
      December 21, 2005

   Code   Case #     Qty      Amount

   2ND CIVI 00-cv-1511          2.74 CH
```

00-1511

```
   TOTAL→                       2.74
```

New bal 51.75

```
   FROM: STATE CORRECTIONAL INST GREENE
         169 PROGRESS DRIVE
         WAYNESBURG, PA 15370
         RONALD JACKSON AY-9289
```