```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

     # 06001710 - ET   E7
     January 24, 2006


     Code   Case #   Qty      Amount

     2ND CIV1 00-1511           3.02 On

                  00-1511
     TOTAL→                    3.02

              New bail 48.73

     FROM: STATE CORRECTIONAL INST GREENE
           169 PROGRESS DRIVE
           WAYNESBURG, PA 15370
           RONALD JACKSON AY7257
```