```
            UNITED STATES
            DISTRICT COURT
         WESTERN DISTRICT OF PENNSYLVANIA
              PITTSBURGH Division

            # 06002227 - ET    ET
           February 22, 2006


       Code    Case #    Qty      Amount

       CAO CIVI 00-1511             2.88 CH

                 00-1511
       TOTAL →                      2.88

              New bal 45.85

       FROM: STATE CORRECTIONAL INST GREENE
             169 PROGRESS DRIVE
             WAYNESBURG, PA 15370
             RONALD JACKSON AY9289
```